UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DANIEL ROWE, JR., ET AL. | : | DOCKET NO. 05-0623 |
| VS. | : | JUDGE MINALDI |
| FLEETWOOD ENTERPRISES, INC. AND KITE BROS., L.L.C. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, after a *de novo* determination of the issues, for the reasons set forth therein, the Motion to Remand [doc.14] by the petitioners, IS GRANTED.

Lake Charles, Louisiana, this 17 day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE